UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

       Plaintiffs,                        Case No. 1:21–cv–487

v.                                          Hon. Hala Y. Jarbou

BANGOR, CITY OF, et al.,

       Defendants.
_____/

## ORDER

    IT IS ORDERED that Plaintiffs' Ex Parte Motion for Stay of Proceedings (ECF No. 4) is DENIED.

    IT IS SO ORDERED.

Dated:  June 15, 2021                       /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    United States District Judge