UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, TYLER
SLEEP and JEROL WILLIAMS,

      Plaintiffs,

-vs-

CITY OF BANGOR, TOMMY
SIMPSON, MAYOR DARREN
WILLIAMS and SCOTT GRAHAM,

      Defendants.

Case No. 1:21-cv-00487
Hon. Hala Y. Jarbou

| JONATHAN R. MARKO (P72450) | JOHN J. GILLOOLY (P41948) |
|---|---|
| **MARKO LAW, PLLC** | **GARAN LUCOW MILLER, P.C.** |
| Attorney for Plaintiffs | Attorney for Defendants |
| 1300 Broadway Street, Fifth Street | 1155 Brewery Park Blvd., Suite 200 |
| Detroit, MI  48226 | Detroit, MI  48207-2641 |
| P: (313) 777-7529 / F: (313) 771-5785 | P: (313) 446-5501 / F: (313) 259-0450 |
| jon@markolaw.com | jgillooly@garanlucow.com |

## PLAINTIFFS' MOTION TO LIFT STAY

NOW COME the above-named Plaintiffs, by and through their attorneys, **MARKO LAW, PLLC**, and submit the following for their Motion to Lift Stay:

1. This Court previously issued a stay in this case due to the pendency of EEOC claims.  (Docket No. 12).

2. The EEOC has now issued all Plaintiffs' right to sue letters.

3. Plaintiffs therefore move this Court to lift the stay and allow Plaintiffs to file their Second Amended Complaint, pursuant to this Court's stay Order.  *Id.*

WHEREFORE, Plaintiffs pray this Honorable Court grant their Motion to Lift the Stay in this matter and allow Plaintiffs to file their Second Amended Complaint.

Respectfully submitted,

/s/ *Jonathan R. Marko*
Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
1300 Broadway Street, Fifth Floor
Detroit, MI 48226
(313) 777-7529 / Fax: (313) 777-5785
Email: jon@markolaw.com

Dated:  October 18, 2021

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **October 18, 2021**, via:

☐ U.S. Mail            ☐ Fax
☐ Hand Delivered       ☐ Overnight Carrier
☐ Certified Mail       ☐ Other:  Mi-FILE Truefiling
☒ ECF System           ☐ Email

/s/ *Melinda S. Morisset*