UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTMAN MISANE, et al.

    Plaintiff,

v.

CITY OF BANGOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiffs filed a Second Amended Complaint (ECF No. 20) on October 27, 2021, and Defendants City of Bangor, Darren Williams, and Scott Graham have failed to file a response within the time allowed in the court rules. Accordingly:

**IT IS ORDERED** that Defendants City of Bangor, Darren Williams, and Scott Graham shall, not later than **December 1, 2021**, file an answer to Plaintiffs' Second Amended Complaint or show cause in writing why the Court should not enter a default against Defendants City of Bangor, Darren Williams, and Scott Graham for failure to plead or otherwise defend pursuant to Fed. R. Civ. P. 55(a).

Dated:  November 24, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE