UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

HOTHMAN MISANE, TYLER SLEEP, and JEROL WILLIAMS,

    Plaintiff,

v.

CITY OF BANGOR, TOMMY SIMPSON, MAYOR DARREN WILLIAMS, and SCOTT GRAHAM,

    Defendants.

Case No.  1:21-cv-487

HON.  HALA Y. JARBOU

_____

## STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS

THE PARTIES are request and extension of the deadlines for discovery and filing dispositive motions to be extended sixty (60) days as following:

| Deadline | Original Deadline | New Deadline |
| --- | --- | --- |
| Discovery | July 29, 2022 | September 29, 2022 |
| Filing dispositive motions | August 29, 0222 | October 31, 2022 |

The parties agree to extending the dates listed above.

__/s/ Caitlin Elizabeth Malhiot_____
Jonathan R. Marko (P72450)
Caitlin Elizabeth Malhiot  (P76606)
Attorneys for Plaintiffs

__/s/ Charles L. Bogren_____
Michael S. Bogren (P34835)
Charles L. Bogren (P82824)
Attorneys for Defendant Simpson


 _/s/ John Gillooly_____
John Gillooly (P41948)
Kathleen Marie Griffith (P79921)
Attorneys for Defendants City of Bangor, Mayor Williams and Scott Graham

## **ORDER**

This matter having come before the court through stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the deadline for discovery is extended until **September 29, 2022,** and the deadline for filing dispositive motions is extended until **October 31, 2022.**

Dated: May 20, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE