UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, TYLER SLEEP and JEROL WILLIAMS,

      Plaintiffs,

-vs-

CITY OF BANGOR, TOMMY SIMPSON, MAYOR DARREN WILLIAMS and SCOTT GRAHAM,

      Defendants.

Case No. 1:21-cv-00487
Hon. Hala Y. Jarbou

JONATHAN R. MARKO (P72450)
CAITLIN E. MALHIOT (P76606)
**MARKO LAW, PLLC**
Attorney for Plaintiffs
1300 Broadway Street, Fifth Street
Detroit, MI  48226
P: (313) 777-7529 / F: (313) 771-5785
jon@markolaw.com

JOHN J. GILLOOLY (P41948)
KATHLEEN M. GRIFFITH (P79921)
**GARAN LUCOW MILLER, P.C.**
Attorney for Defendants
1155 Brewery Park Blvd., Suite 200
Detroit, MI  48207-2641
P: (313) 446-5501 / F: (313) 259-0450
jgillooly@garanlucow.com
kgriffith@garanlucow.com

MICHAEL S. BOGREN (P34855)
CHARLES L. BOGREN (P82824)
**PLUNKETT COONEY**
Attorneys for Defendant Simpson
333 Bridge Street, NW, Suite 530
Grand Rapids, MI 49504
P: (269) 226-8822
mbogren@plunkettcooney.com

## STIPULATED ORDER COMPELLING ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

# STIPULATED ORDER COMPELLING ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

At a session of said Court on _____
Present:  Hon._____
U.S. DISTRICT COURT JUDGE

This matter having come before the Court by way of stipulation of the parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants the City of Bangor, Former Mayor Darren Williams and Scott Graham shall submit fully executed signed answers to Plaintiff's Discovery requests on or before October 19, 2022.

_____
U.S. District Court Judge

THIS ORDER IS STIPULATED AS TO FORM AND CONTENT:

/s/Caitlin E. Malhiot_____
JONATHAN R. MARKO (P72450)
CAITLIN E. MALHIOT (P76606)
MARKO LAW, PLLC


/s/ Kathleen M. Griffith (w/permission)___
JOHN J. GILLOOLY (P41948)
KATHLEEN M. GRIFFITH (P79921)
**GARAN LUCOW MILLER, P.C.**
Attorney for Defendants City, Williams and Graham