UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, TYLER SLEEP and JEROL WILLIAMS,

    Plaintiffs,

-vs-

CITY OF BANGOR, TOMMY SIMPSON, MAYOR DARREN WILLIAMS and SCOTT GRAHAM,

    Defendants.

Case No. 1:21-cv-00487
Hon. Hala Y. Jarbou

| | |
|---|---|
| JONATHAN R. MARKO (P72450)<br>CAITLIN E. MALHIOT (P76606)<br>**MARKO LAW, PLLC**<br>Attorney for Plaintiffs<br>1300 Broadway Street, Fifth Street<br>Detroit, MI  48226<br>P: (313) 777-7529 / F: (313) 771-5785<br>jon@markolaw.com | JOHN J. GILLOOLY (P41948)<br>KATHLEEN M. GRIFFITH (P79921)<br>**GARAN LUCOW MILLER, P.C.**<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI  48207-2641<br>P: (313) 446-5501 / F: (313) 259-0450<br>jgillooly@garanlucow.com<br>kgriffith@garanlucow.com |
| | MICHAEL S. BOGREN (P34855)<br>CHARLES L. BOGREN (P82824)<br>**PLUNKETT COONEY**<br>Attorneys for Defendant Simpson<br>333 Bridge Street, NW, Suite 530<br>Grand Rapids, MI 49504<br>P: (269) 226-8822<br>mbogren@plunkettcooney.com |

**STIPULATED ORDER COMPELLING ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

## STIPULATED ORDER COMPELLING ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

At a session of said Court on  Oct. 5, 2022
Present:  Hon. Ray Kent
U.S. MAGISTRATE JUDGE

This matter having come before the Court by way of stipulation of the parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants the City of Bangor, Former Mayor Darren Williams and Scott Graham shall submit fully executed signed answers to Plaintiff's Discovery requests on or before October 19, 2022.

/s/ Ray Kent
U.S. Magistrate Judge

THIS ORDER IS STIPULATED AS TO FORM AND CONTENT:

/s/Caitlin E. Malhiot
JONATHAN R. MARKO (P72450)
CAITLIN E. MALHIOT (P76606)
MARKO LAW, PLLC

/s/ Kathleen M. Griffith (w/permission)
JOHN J. GILLOOLY (P41948)
KATHLEEN M. GRIFFITH (P79921)
**GARAN LUCOW MILLER, P.C.**
Attorney for Defendants City, Williams and Graham