# EXHIBIT 8

5/13/19 8:09 PM



5/13/19 8:35 PM

Man that looks delicious!!!! Lol

7/15/20 3:15 PM

On phone, can swing by

7/15/20 11:02 PM



Lol...very sick and sad lady

I think if I'd gave it to her from the back real good, she'd calm down a bit. That's what she's missing an alpha choking her from behind

Lol

7/15/20 11:10 PM

Lol..you are so sick but, you are sooooo right!!! 😁😁😁😁😁😁😁😁😇

Lol

Her man probably massages her feet and kisses her lower back gently and they have missionary for 5 minutes and pillow talk about boats, traverse city wineries and politics.