# EXHIBIT 9

