# EXHIBIT 10



Scott Graham

Hothman - this is Scott Graham. I have reviewed the documents that you provided to the City. If you would like to discuss either your complaint against Tommy Simpson or your termination, please let me know. Thanks.



# Gmail

Hothman Misane <hmisane@gmail.com>

## FW: Request for Interview/Opportunity for Further Statement
1 message

**Scott Graham** <sgraham@scottgrahampllc.com>  Fri, Mar 19, 2021 at 11:27 AM
To: ~~redacted~~ ~~redacted~~
Cc: Elizabeth Smeal <esmeal@scottgrahampllc.com>

Sgt. Misane,

I'm sending this to request an opportunity to interview you about the harassment claim that you filed. Please note the following:

1. You have the right to talk with me and the right not to talk with me. If you want to say anything more in furtherance of your complaint, you have the right to do so.
2. You are not required to talk with me and if you choose not to then no adverse action will be taken based on your decision. It is completely up to you.
3. If you talk with me, you are free to have a witness present. In fact, I suggest that you select a witness. That person will not be able to talk, but will be able to observe the entire interview. You would need to give me the name of the witness before the interview.
4. I would select a witness as well. I would provide you with the name. I would not select anyone who is involved in the complaint. If we proceed by Zoom, I might not select a witness.
5. You would be free to make any statement that you want.
6. You would be free to answer or not answer any of my questions.
7. We could do the interview in person or by Zoom – that would be your decision.

Please let me know if you would like to make a further statement and/or participate in an interview.

Thanks,

Scott Graham



EXHIBIT 10
Misane 8-5-22