# EXHIBIT 15










2/4/21 2:14 PM

Yes indeed...please don't remind me...im trying to hold on ...lol

2/4/21 4:09 PM

Lol

2/5/21 10:09 PM

2/6/21 6:21 AM

Lol

2/7/21 8:36 PM

Ritual colors. Black and red..whenever you see those colors

Lol

Buncha gays

Completely...the weekend is 100% homosexual



Helloooo is this for Real?
Queen Detomi Ayanfe

This guy... He's been at it a while.
Josh Squier

Phone died, its back but I'm going to sleep. Ill see you in late morning


Night night.....keep your buthole tight

Lol

Night






coverage

Men 2019!

**Attachment Unavailable**
This attachment may have been removed or the person who shared it may not have permission to share it with you.



Lol...you sick..lol

You waved at Hothman!

Waddup?

Notta you



**Parents Say CPS Tried To Cover Up Their Disabled Son's Rape At School**
CBS Chicago
facebook.com/watch

Coming to a Bangor near you lol


James Brooks



**A Urologist explains the facts about female ejaculation and squirting**
Rena Malik, MD