UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

HOTHMAN MISANE, TYLER SLEEP, and JEROL WILLIAMS,

    Plaintiff,

v.

CITY OF BANGOR, TOMMY SIMPSON, MAYOR DARREN WILLIAMS, and SCOTT GRAHAM,

    Defendants.

Case No.  1:21-cv-487

HON.  HALA Y. JARBOU

## DEFENDANT'S MOTION IN LIMINE TO LIMIT EVIDENCE AND TESTIMONY RELATING TO PREVIOUS HARASSMENT COMPLAINTS

Now comes Defendant Tommy Simpson, by and through his attorneys, Plunkett Cooney, and moves this Court to exclude evidence and testimony relating to a previous complaint of sexual harassment by a City of Bangor employee, Amanda Karr. In support of this Motion, Defendant Simpson relies on the authorities and arguments in the attached Brief in Support.

As Local Rule 7.1(d) requires, Defendant sought concurrence from Plaintiff's counsel concerning this Motion on March 8, 2023, and concurrence was not granted.

Wherefore, Defendant Simpson requests this Court to exclude evidence and testimony relating to a previous complaint of sexual harassment by a City of Bangor employee, Amanda Karr.

                                              Respectfully submitted,

DATED: March 9, 2023         By:  */s/Charles L. Bogren*
                                              Michael S. Bogren (P34835)
                                              Charles L. Bogren (P82824)
                                              PLUNKETT COONEY
                                              Attorneys for Defendant Simpson
                                              333 Bridge St NW, Ste 530
                                              (269) 752-4606
                                              cbogren@plunkettcooney.com

Open.00560.13158.30702765-1