UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

HOTHMAN MISANE, TYLER SLEEP, and JEROL WILLIAMS,

    Plaintiff,

v.

CITY OF BANGOR, TOMMY SIMPSON, MAYOR DARREN WILLIAMS, and SCOTT GRAHAM,

    Defendants.

Case No.  1:21-cv-487

HON.  HALA Y. JARBOU

## DEFENDANT'S MOTION IN LIMINE TO LIMIT EVIDENCE AND TESTIMONY RELATING TO PLAINTIFFS' ECONOMICS EXPERT WITNESS

Now comes Defendant Tommy Simpson, by and through his attorneys, Plunkett Cooney, and moves this Court to exclude evidence and testimony from Plaintiffs' economic damages expert witness. In support of this Motion, Defendant Simpson relies on the authorities and arguments in the attached Brief in Support.

As Local Rule 7.1(d) requires, Defendant sought concurrence from Plaintiff's counsel concerning this Motion on March 8, 2023, and concurrence was not granted.

Wherefore, Defendant Simpson requests this Court to exclude evidence and testimony from Plaintiffs' economic damages expert witness.

    Respectfully submitted,

DATED:  March 9, 2023

By:  */s/Charles L. Bogren*
Michael S. Bogren (P34835)
Charles L. Bogren (P82824)
PLUNKETT COONEY
Attorneys for Defendant Simpson
333 Bridge St NW, Ste 530
(269) 752-4606
cbogren@plunkettcooney.com

Open.00560.13158.30702766-1