UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

CITY OF BANGOR, et al.,

    Defendants.

_____/

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants Scott Graham and Darren Williams's motion for summary judgment (ECF No. 52) is **GRANTED IN PART AND DENIED IN PART**.  Summary judgment is **GRANTED** to Graham and Williams on Counts I, II, V, VI, VIII, IX, X, and XI.  Summary judgment is also **GRANTED** to Graham on Count III and IV but **DENIED** to Williams on these same counts only as they relate to Plaintiff Hothman Misane.

**IT IS FURTHER ORDERED** that Defendant the City of Bangor's motion for summary judgment (ECF No. 54) is also **GRANTED IN PART AND DENIED IN PART**.  Summary judgment is **GRANTED** to the City on Counts I, II, VI, VII, IX, and XI.  Summary judgment is **DENIED** to the city on Counts III, IV, and X only as they relate to Misane.

**IT IS FURTHER ORDERED** that Defendant Tommy Simpson's motion for summary judgment (ECF No. 56) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts I, II, V, VI, VII, VIII, IX, and XI are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Simpson and Graham are **DISMISSED**.

Counts III and IV remain against Williams only as they relate to Misane.  Counts III, IV, and X remain against the City likewise only as they relate to Misane.

Dated: April 10, 2023                    /s/ Hala Y. Jarbou
                                         HALA Y. JARBOU
                                         CHIEF UNITED STATES DISTRICT JUDGE