UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

    Case No. 1:21-cv-487

    Hon. Hala Y. Jarbou

CITY OF BANGOR, et al.,

    Defendants.
_____/

## ORDER

In accordance with the order (ECF No. 111) entered this date:

**IT IS ORDERED** that Defendant's Motion in Limine to Limit Evidence and Testimony Relating to Previous Harassment Complaints (ECF No. 77) is **DENIED as moot**.

Dated: April 10, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE