UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HOTHMAN MISANE, et al.,

       Plaintiffs,

                                     Case No. 1:21-cv-487

v.

                                     Hon. Hala Y. Jarbou

CITY OF BANGOR, et al.,

       Defendants.

_____/

## **ORDER**

In accordance with the order (ECF No.109) entered this date:

**IT IS ORDERED** that Defendant's Motion in Limine to Limit Evidence and Testimony

Relating to Plaintiffs' Economics Expert Witness (ECF No. 80) is **DENIED as moot**.


Dated: April 10, 2023                /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           CHIEF UNITED STATES DISTRICT JUDGE