UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, TYLER
SLEEP and JEROL WILLIAMS,

  Plaintiffs,       Case No. 1:21-cv-00487
-vs-             Hon. Hala Y. Jarbou

CITY OF BANGOR, TOMMY
SIMPSON, MAYOR DARREN
WILLIAMS and SCOTT GRAHAM,

  Defendants.

| | |
|---|---|
| JONATHAN R. MARKO (P72450)<br>CAITLIN E. MALHIOT (P76606)<br>**MARKO LAW, PLLC**<br>Attorney for Plaintiffs<br>1300 Broadway Street, Fifth Street<br>Detroit, MI 48226<br>P: (313) 777-7529 / F: (313) 771-5785<br>jon@markolaw.com | JOHN J. GILLOOLY (P41948)<br>KATHLEEN M. GRIFFITH (P79921)<br>**GARAN LUCOW MILLER, P.C.**<br>Attorney for Defendants<br>1155 Brewery Park Blvd., Suite 200<br>Detroit, MI 48207-2641<br>P: (313) 446-5501 / F: (313) 259-0450<br>jgillooly@garanlucow.com<br>kgriffith@garanlucow.com<br><br>MICHAEL S. BOGREN (P34855)<br>CHARLES L. BOGREN (P82824)<br>**PLUNKETT COONEY**<br>Attorneys for Defendant Simpson<br>333 Bridge Street, NW, Suite 530<br>Grand Rapids, MI 49504<br>P: (269) 226-8822<br>mbogren@plunkettcooney.com |

**STIPULATED ORDER REQUESTING ZOOM APPEARANCE FOR PLAINTIFF JEROL WILLIAMS AND DEFENDANT MAYOR DARREN WILLIAMS AT APRIL 13, 2023 FINAL PRETRIAL CONFERENCE**

 This action is scheduled for a Final Pretrial Conference to take place on April 13, 2023, beginning at 9 a.m. before the Honorable Chief Judge Hala Y. Jarbou.

1. Plaintiff Jerol Williams has a conflict due to the re-scheduling of the Final Pretrial Conference date as he has an obligation to assist his elderly mother.

2. Defendant Mayor Darren Williams has a conflict due to the re-scheduling of the Final Pretrial Conference date and the attendance of an insurance representative and the City Attorney will be in attendance to represent the City of Bangor.

3. Plaintiff Jerol Williams is respectfully requesting the Court's permission to attend this Final Pretrial Conference via zoom as he will be attending a family obligation.

4. Defendant Mayor Darren Williams is respectfully requesting the Court's permission to attend this Final Pretrial Conference via zoom.

IT IS HEREBY ORDERED that Plaintiff Jerol Williams be allowed to attend the April 13, 2023, Final Pretrial Conference via zoom.

IT IS HEREBY ORDERED that Defendant Mayor Darren Williams be allowed to attend the April 13, 2023, Final Pretrial Conference via zoom.

IT IS FURTHER ORDERED Plaintiffs Hothman Misane and Jerol Williams shall appear live.

IT IS FURTHER ORDERED Defendants Tommy Simpson and Scott Graham shall appear live.

IT IS SO ORDERED.

Dated: _____    _____
                          HALA Y. JARBOU
                          United States District Circuit Judge

THIS ORDER IS STIPULATED AS TO FORM AND CONTENT:


**/s/ Caitlin E. Malhiot_____**
Caitlin E. Malhiot (P76606)
Attorney for Plaintiffs


**/s/ Michael S. Bogren (w/permission)**
MICHAEL S. BOGREN (P34835)
Attorney for Defendant Simpson


**/s/John J. Gillooly (w/permission)**
JOHN J. GILLOOLY (P41948)
KATHLEEN M. GRIFFITH (P79921)
Attorney for Defendants Bangor, Williams and Graham