*Hothman Misane v. City of Bangor and Darren Williams*
Case No.: 1:21-cv-487

Defendants' Response in Opposition to Plaintiff's Motion in Limine to Exclude Evidence Regarding the Underlying Allegations in the Mendoza Case

<u>Index of Exhibits</u>

1. Transcript of the Deposition of Hothman Misane at pp. 23,

2. Transcript of the Deposition of Scott Graham at pp. 16-18, 20-24

3. Scott Graham, PLLC Memorandum

4. Transcript of the Deposition of Darren Williams at pp. 29, 32-33

5. Mendoza Register of Actions

6. March 12, 2021 Termination Letter to Hothman Misane