**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MINUTES**

HOTHMAN MISANE, et al.,

     Plaintiffs,

v.

CITY OF BANGOR, et al.,

     Defendants.

_____/

CASE NO. 1:21-cv-487
DATE: May 8, 2023
TIME: 9:00 AM – 10:39 AM
    10:55 AM – 11:57 PM
    1:02 PM – 2:45 PM
    2:57 PM – 4:42 PM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Caitlin Elizabeth Malhiot

DEFENDANT(S):
John J. Gillooly

**EXHIBITS**

Plaintiff's Exhibits 1 and 5 admitted; Defendant's Exhibit G admitted.

**WITNESSES**

PLAINTIFF(S):
Hothman Misane

DEFENDANT(S)

**PROCEEDINGS**

NATURE OF HEARING:
Jury Trial began – Day 1: jury selection; jury sworn; preliminary instructions; opening statements by both parties; Plaintiff's presentation of evidence began; trial continued to 5/9/2023 at 9:00 AM.

COURT REPORTER:   Genevieve Hamlin

    /s/ A. Seymore
    DEPUTY CLERK