UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE,

    Plaintiff,

v.

CITY OF BANGOR and MAYOR
DARREN WILLIAMS,

    Defendants.

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## VERDICT FORM

1. Did Hothman Misane prove by a preponderance of the evidence that the Defendant City of Bangor retaliated against and terminated him because he made a report of sexual harassment?

    ANSWER: __✓__ YES      ____ NO

Go on to Question No. 2.

2. Did Hothman Misane prove by a preponderance of the evidence that Darren Williams retaliated against and terminated him because he made a report of sexual harassment?

    ANSWER: __✓__ YES      ____ NO

If your answer to Questions 1 and 2 were "No" do not answer any further questions. Your deliberations are complete.

If you answered "Yes" to any of the preceding questions, go on to Question No. 3.

3. Did Hothman Misane sustain economic damages as a result of his termination?

ANSWER: ___✓___ YES   _____ NO

If you answered "Yes," go to Question No. 4. If you answered "No," go to Question No. 5.

4. What is the amount of economic damages Hothman Misane has sustained to the present date?

ANSWER: $ __60,000__

Go to Question No. 5.

5. Did Hothman Misane sustain non-economic damages as a result of his termination?

ANSWER: ___✓___ YES   _____ NO

If you answered "Yes," go to Question No. 6. If you answered "No," go to Question No. 7.

6. What is the amount of non-economic damages Hothman Misane has sustained to the present date?

ANSWER: $ __750,000__

7. If you find that Hothman Misane will sustain economic damages in the future, state the amount of damages for each year.

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2023 | $32500 | 2036 | $ |
| 2024 | $32500 | 2037 | $ |
| 2025 | $32500 | 2038 | $ |
| 2026 | $ | 2039 | $ |
| 2027 | $ | 2040 | $ |
| 2028 | $ | 2041 | $ |
| 2029 | $ | 2042 | $ |
| 2030 | $ | 2043 | $ |
| 2031 | $ | 2044 | $ |
| 2032 | $ | 2045 | $ |
| 2033 | $ | 2046 | $ |
| 2034 | $ | 2047 | $ |
| 2035 | $ | 2048 | $ |

Go to Question No. 8.

8. If you find that Hothman Misane will sustain non-economic damages in the future, state the amount of damages for each year.

| Year | Amount | Year | Amount |
|---|---|---|---|
| 2023 | $100,000 | 2025 | $100,000 |
| 2024 | $100,000 | 2026 | $ |

3

2027 $_____

2028 $_____

2029 $_____

2030 $_____

2031 $_____

2032 $_____

2033 $_____

2034 $_____

2035 $_____

2036 $_____

2037 $_____

2038 $_____

2039 $_____

2040 $_____

2041 $_____

2042 $_____

2043 $_____

2044 $_____

2045 $_____

2046 $_____

2047 $_____

2048 $_____

Dated: 5/10/23

Chasten Foster *[signature]*
FOREPERSON

4