UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINUTES**

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

CITY OF BANGOR, et al.,

    Defendants.

_____/

CASE NO. 1:21-cv-487
DATE: May 9, 2023
TIME: 9:10 AM – 10:16 AM
10:32 AM – 12:03 PM
1:02 PM – 2:22 PM
2:36 PM – 2:57 PM
PLACE: Lansing
JUDGE: Hala Y. Jarbou

**APPEARANCES**

PLAINTIFF(S):
Caitlin Elizabeth Malhiot

DEFENDANT(S):
John J. Gillooly

**WITNESSES**

PLAINTIFF(S):
Amanda Karr
Darren Williams
Scott Graham
Saadia Siddiqui

DEFENDANT(S)

**PROCEEDINGS**

NATURE OF HEARING:
Jury Trial began – Day 2: Plaintiff's presentation of evidence continued; trial continued to 5/10/2023 at 9:00 AM.

COURT REPORTER:   Trisha Cameron          /s/ A. Seymore
                                                                                  DEPUTY CLERK