UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiff,

Case No. 1:21-cv-487

v.

Hon. Hala Y. Jarbou

CITY OF BANGOR, et al.,

    Defendants.
_____/

### ORDER DENYING MOTION FOR JUDGMENT AS A MATTER OF LAW

This matter is before the Court on Defendants' oral motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure made during trial and at the close of Plaintiff's proofs. For the reasons and grounds set forth in the opinion from the bench which are incorporated herein by reference, Defendants' motion for judgment as a matter of law is **DENIED**.

    **IT IS SO ORDERED**.

Dated: May 11, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE