UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

CITY OF BANGOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## JUDGMENT

Plaintiff Hothman Misane sued the City of Bangor and Mayor Darren Williams alleging violations of Title VII, the Elliott-Larsen Civil Rights Act, and the Whistleblower Protection Act related to Defendants' termination of his employment. All other claims, including those against other Defendants, were resolved prior to trial. The jury found in favor of Plaintiff and against Defendants on all three remaining claims and awarded Plaintiff a total of $1,207,500.00 in compensatory damages, consisting of the following: $60,000.00 in past economic damages; $750,000.00 in past non-economic damages; $97,500.00 ($32,500.00 awarded each year for years 2023, 2024, and 2025) in future economic damages; and $300,000.00 ($100,000.00 awarded each year for years 2023, 2024, and 2025) in future non-economic damages.

Consistent with the Jury's findings and verdict (ECF No. 135), the Court **ENTERS JUDGMENT** for Plaintiff and against Defendants the City of Bangor and Mayor Darren Williams, which are liable to Plaintiff for $1,207,500.00 in compensatory damages.

2

With this Judgment, all claims have been resolved.

Dated: May 11, 2023              /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 CHIEF UNITED STATES DISTRICT JUDGE

2