UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

CITY OF BANGOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Defendants' Motion to Enlarge Time to File Defendants' Response to Plaintiff's Motion for Award of Attorney Fees and Costs (ECF No. 149),

**IT IS ORDERED** that Defendants' Motion to Enlarge Time to File Defendants' Response to Plaintiff's Motion for Award of Attorney Fees and Costs (ECF No. 149) is **GRANTED**. The response deadline is extended to June 22, 2023.

Dated: June 5, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE