UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOTHMAN MISANE, et al.,

    Plaintiffs,

v.

CITY OF BANGOR, et al.,

    Defendants.
_____/

Case No. 1:21-cv-487

Hon. Hala Y. Jarbou

## ORDER

The Court having been advised of Plaintiff Hothman Misane's agreement to settle this matter, by way of a settlement conference (ECF No. 171), filed on October 16, 2023,

**IT IS ORDERED** that appropriate stipulated dismissal papers as to Plaintiff Hothman Misane, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **December 15, 2023**.

Dated: October 17, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE